IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-00023-D

| | |
|---|---|
| MILITARY & FEDERAL CONSTRUCTION COMPANY, INC., </br></br> Plaintiff and Counterclaim Defendant, </br></br> and </br></br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, </br></br> Counterclaim Defendant, </br></br> v. </br></br> ACE ELECTRIC, INC. </br></br> Defendant and Counterclaim Plaintiff. | **ORDER MODIFYING SCHEDULING ORDER** |

THIS MATTER comes before the Court upon the Joint Motion to Amend Scheduling Order by Plaintiff Military & Federal Construction Company, Inc. ("MFCC"), Counterclaim Defendant Fidelity and Deposit Company of Maryland ("FDCM"), and Defendant Ace Electric, Inc. ("Ace"), and it appearing to the Court good cause exists to modify the Scheduling Order and that the motion should be and is hereby GRANTED;

AND IT IS THEREFORE ORDERED that the Scheduling Order is hereby modified as follows:

2. Reports due form Ace's retained experts by August 31, 2015, reports from rebuttal experts of MFCC and FDCM by September 28, 2015.

3. All discovery shall be completed by November 30, 2015.

So ORDERED. This the **24** day of July 2015.

JAMES C. DEVER III
Chief United States District Judge