IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CV-23-D

| | |
|---|---|
| MILITARY & FEDERAL CONSTRUCTION COMPANY, INC., <br><br>　Plaintiff and Counterclaim Defendant, <br><br>and <br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br>　Counterclaim Defendant, <br><br>v. <br><br>ACE ELECTRIC, INC., <br><br>　Defendant and Counterclaim Plaintiff. | **ORDER** |

This case comes before the court on the consent motion (D.E. 47) by defendant and counterclaim plaintiff Ace Electric, Inc. ("Ace") to excuse from attendance at the settlement conference herein set for 6 August 2015 its local counsel, Ann-Patton Hornthal and L. Phillip Hornthal, III. For good cause shown, the motion is ALLOWED and the in-person attendance of Ms. Hornthal and Mr. Hornthal is excused. Nothing herein excuses counsel of record for Ace, David R. Cook, from attending the conference in person, and he shall do so.

ORDERED, this 4 day of August 2015.

James E. Gates
United States Magistrate Judge